AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

**APPEARANCE**

Case Number: ~~2003 RO 1245~~ 04CR30015 KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _the United States_.

I certify that I am admitted to practice in this court.

_April 8, 2004_
Date

Signature

_Paul H. Smyth_
Print Name              Bar Number

_1550 Main St._
Address

_Springfield_   _MA_   _01103_
City            State   Zip Code

_(413) 785-0106_
Phone Number            Fax Number