PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 04-30015-01 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Brenda Curley<br>14880 James Monroe Highway<br>Apt. 6<br>Leesburg, VA 20176 | DISTRICT OF MASSACHUSETTS | U.S. Probation |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Kenneth P. Neiman | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/7/04  TO 1/8/05 |

**OFFENSE**

Ct. 1: Possession of Marijuana, 21:844.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Virginia (Manassas) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_May 24, 2004_
Date

_[signature]_
The Honorable Kenneth P. Neiman
Magistrate Judge United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Virginia (Manassas)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_June 21, 2004_
Effective Date

_Claude M. Hilton_
United States District Judge